Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Eran S. Forster
Nevada State Bar No. 11124
EForster@wl-llp.com
WATKINS & LETOFSKY, LLP
8215 South Eastern Ave., Suite 265
Las Vegas, NV 89123
Office: (702) 901-7553; Fax: (702) 974-1297
Attorneys for Viking Capital, LLC, a Delaware Limited Liability Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SURENDER SARA,<br><br>Plaintiff;<br><br>vs.<br><br>MARIO MARCIANO, an Individual, STOCKMARKETFUNDING.COM L.L.C., a Nevada Limited Liability Company, VIKING CAPITAL L.L.C., a California Limited Liability Company;<br><br>Defendants. | Case No.: 2:18-CV-01426-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES.**<br><br>(FIRST REQUEST) |

Pursuant to Local Rules of Practice for the United States District Court for District of Nevada L.R. I.A. 6-1, 6-2, and L.R. 7-1, Plaintiff SURENDER SARA, pro se, ("Plaintiff"), and Defendant, VIKING CAPITAL, L.L.C. ("Defendant") by and through its counsel hereby stipulate and agree to extend the time for Defendant to answer or otherwise respond to Plaintiff's complaint to November 14, 2018. (The Defendant and Plaintiff are collectively referenced herein as "Parties".) This is the Parties first request.

Plaintiff filed his complaint on August 1, 2018. (ECF No. 1.) Defendant subsequently

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT FOR DAMAGES. (FIRST REQUEST)

1

served Defendant on October 1, 2018. Plaintiff has not filed a proof of service in this case. Defendant is not a California Limited Liability Company and is instead organized in Delaware. Defendant does not believe that it is the party that Plaintiff is trying to pursue in this action and is improperly named. Plaintiff believes, but is not certain, that he may have served the incorrect entity for VIKING CAPITAL, L.L.C., and may be pursuing the wrong business entity with the same name as the entity that he is trying to pursue.

The Parties therefore stipulate to this extension for Defendant to file their answer or otherwise respond to Plaintiff's Complaint for Damages while both Parties exercise due diligence in trying to resolve whether or not Plaintiff is pursuing the proper business entity. Defendant shall answer or otherwise respond to Plaintiff's complaint by November 14, 2018.

This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

Dated this 30th day of October, 2018.

WATKINS & LETOFSKY, LLP

/s/ Eran S. Forster
Daniel R. Watkins
Eran S. Forster
8215 South Eastern Avenue
Suite 265
Las Vegas, NV 89123
Attorneys for Vikings Capital, L.L.C.

Surender Sara
869 E. Schaumburg Road Apt. 353
Schaumburg, IL 60194-3654
(630) 487-6692
Attorney Pro Se

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
DATED: November 1, 2018

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES. (FIRST REQUEST)

2