**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Surender Sara,<br><br>              Plaintiff,<br><br>v.<br><br>Mario Marciano, et al.,<br><br>              Defendants. | Case No.: 2:18-cv-1426-APG-DJA<br><br>**ORDER DISMISSING CASE FOR WANT OF PROSECUTION**<br><br>[ECF No. 15] |

On May 4, 2020, plaintiff Surender Sara was advised by the court (ECF No. 15) that, pursuant to Local Rule 41-1, this case would be dismissed for want of prosecution unless action was taken in this case by June 3, 2020. Since then, Sara has failed to take any action. Nor has Sara shown cause why this case should not be dismissed

I THEREFORE ORDER that this lawsuit is DISMISSED without prejudice.

Dated: June 5, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE